## STATE OF CONNECTICUT *v.* STEVE D. NELSON

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 393 (AC 27541), is denied.

*David J. Reich*, special public defender, in support of the petition.

*Harry D. Weller*, senior assistant state's attorney, in opposition.

Decided March 18, 2008

## STATE OF CONNECTICUT *v.* TROY MCCARTHY

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 596 (AC 28452), is denied.

*Michael O. Sheehan*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided March 18, 2008

## THERESA SOKAITIS *v.* ROSE BAKAYSA

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 663 (AC 28099), is granted, limited to the following issue: